IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02209-BNB

TIMOTHY DOYLE YOUNG,

    Applicant,

v.

UNITED STATES,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 03 2010

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Applicant, Timothy Doyle Young, a federal prisoner currently housed in the State of Colorado, initiated this action by filing a pleading titled "Writ of Habeas Corpus 28 U.S.C. § 2241(c)(3)." In an order entered on September 9, 2010, Magistrate Judge Boyd N. Boland instructed Mr. Young to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Young to file his claims on a Court-approved form that is used in filing § 2241 actions. Magistrate Judge Boland also directed Mr. Young either to pay the filing fee in full or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 along with required financial information.

Mr. Young now has failed to file his claims on a proper Court-approved form as he was instructed to do and either submit a 28 U.S.C. § Motion and Affidavit or pay the $5.00 filing fee. Mr. Young, therefore, has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the habeas application is denied and the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure deficiencies.

DATED at Denver, Colorado, this __3rd__ day of __November__, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02209-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/3/10.

                                  GREGORY C. LANGHAM, CLERK

                                  By: _____
                                               Deputy Clerk